# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JUAN LEAL TREJO,

    Plaintiff,

v.                                         Case No: 5:20-cv-110-JSM-PRL

CHAD WOLF and KENNETH T. CUCCINELLI,

    Defendants.

---

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal (Dkt. 20). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own costs and expenses.

2. All pending motions, if any, are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of April, 2021.

                                               JAMES S. MOODY, JR.
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record